AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | | |
|---|---|---|
| SUSAN BERNSTEIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-cv-61122-FAM |
| ELEVENTH JUDICIAL CIRCUIT OF FLORIDA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ELEVENTH JUDICIAL CIRCUIT OF FLORIDA
By serving
The Honorable Chief Judge Bertila Soto
Lawson E. Thomas Courthouse
175 NW 1st Avenue Room CHC 3045
Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   STUART M. SILVERMAN, P.A.
PO BOX 812315
BOCA RATON, FL 33481-2315

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:   Jun 28, 2018

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts