**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CIV-61122-RAR/SELTZER**

**SUSAN BERNSTEIN,**

    Plaintiff,

v.

**VIVIAN PEREZ,**
*in her official capacity,*

    Defendant.

_____/

**<u>FINAL JUDGMENT</u>**

**THIS CAUSE** comes before the Court upon the Order Affirming and Adopting Report and Recommendations [ECF No. 64] entered on August 21, 2019.  For the reasons stated in the Order, and pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** as follows:

    1.    Final judgment is hereby **ENTERED** in favor of Defendant Vivian Perez and against Plaintiff Susan Bernstein.  Plaintiff shall take nothing from this action and Defendant shall go hence without day.

    2.    The Court retains jurisdiction over any other motion for attorney's fees or costs, any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure, and any motions that raise issues collateral to the Final Judgment.

    3.    All pending motions are **DENIED AS MOOT**.

    4.    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of August, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**